# MATHEWS COUNTY PUBLIC SCHOOLS

www.mathews.k12.va.us

**Nancy B. Welch, Ed.S.**
Division Superintendent

**Lesley R. Hunley, M.Ed.**
Assistant Superintendent

September 11, 2019

Mrs. ▆ C. ▆
▆
▆

Dear Mrs. ▆ C. ▆:

I have received your Notice of Intent to Provide Home Instruction for the 2019-2020 school year for your son, ▆ H.C. ▆. Included in your correspondence were the subjects to be studied through Acellus and a copy of your college degree. Your request has been approved.

Given the documentation as reported and "Imminent Threat" determination on the *Virginia Student Threat Assessment and Response Report* dated Aug. 27, 2019, your son, ▆ H.C. ▆ may not be on school grounds or attend any school sponsored events. Failure to comply will result in notification of local law enforcement.

In addition, prior to re-enrollment into Mathews County Public Schools, evidence of compliance with "steps taken to contain the threat" as listed in Section V on the threat assessment report shall be necessary. This includes, but is not limited to, Item #4. ▆H.C.▆ must attend intensive counseling by a licensed professional counselor to address threats to others, sexual aggression and racially based hate crimes; Item #5, ▆H.C.▆ must have a psychological and behavioral evaluation (See *Virginia Student Threat Assessment and Response Report*).

It is my hope that you will take ▆H.C.▆'s behaviors seriously and seek professional guidance. The pattern of behaviors are extremely concerning. If you have any questions or if I can be of assistance at any time, please feel free to contact me.

Sincerely,

*Nancy Welch*

Nancy B. Welch, Ed.S.
Division Superintendent

Cc: Mathews Department of Social Services
    Principal, Thomas Hunter Middle School
    Student's Record

