IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| H.C., a minor by and through his Parents and Next Friends C.C. and M.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MATHEWS COUNTY SCHOOL BOARD, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00153 |

## CONSENT ORDER

THIS DAY came All Plaintiffs, by counsel, and moved this Court for an extension of time to file their responses to the Motions to Dismiss of Defendants the Mathews County School Board, Nancy Welch, Laurel Byrd, Denise McCuiston, and Gabrielle "Gabby" Crowder ("Defendants").

Upon agreement of counsel and for good cause shown, it is **HEREBY**

**ADJUDGED, ORDERED**, and **DECREED** that:

1. Plaintiffs will file their responses to Defendants' Motions to Dismiss by November 20, 2020;

2. Defendants will file their rebuttals to Plaintiffs responses to the Motions to Dismiss by December 10, 2020.

Entered this 4th day of November, 2020

By:

/s/
Lawrence R. Leonard
United States Magistrate Judge

I ASK FOR THIS:

/s/ Nicholas Simopoulos
Nicholas Simopoulos, Esquire
VSB No. 68664
Simopoulos Law, PLLC
11 South 12th Street
Richmond, VA 23219
nicholas@simopouloslaw.com
*Counsel for Plaintiffs*


SEEN AND AGREED:

/s/ Stacy L. Haney (w/permission)
Stacy L. Haney, Esquire
VSB No. 71054
Haney Phinyowattanachip PLLC
11 South 12th Street
Suite 300C
Richmond, Virginia 23219
(804) 500-0301
shaney@haneyphinyo.com
*Counsel for Defendants*
*The Mathews County School Board,*
*Nancy Welch, Laurel Byrd, and*
*Denise McCuiston*


/s/ Jeremy D. Capps (w/permission)
Jeremy D. Capps, Esquire
VSB No. 43909
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
jcapps@hccw.com
*Counsel for Defendant*
*Gabrielle "Gabby" Crowder*

2